# United States District Court

SOUTHERN DISTRICT OF NEW YORK

SUMMONS IN A CIVIL ACTION

SAMIA IBRAHIM as Attorney-in-Fact for
MARIAM IBRAHIM and KIROLLOS IBRAHIM,   Case Number:

V.

07 CIV 9567

EGYPT AIR CORPORATION - NEW YORK OFFICE,


JUDGE STEIN

TO: (Name and Address of Defendant)
Egypt Air Corporation - New York Office
720 Fifth Avenue
New York NY 10019

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)
Law Office of Charles C. DeStefano
1082 Victory Boulevard
Staten Island NY 10301

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON
CLERK

BY DEPUTY CLERK

OCT 26 2007
DATE

*Samia Albrahim as attorney-in-fact for Mariam Ibrahim and Kirollos Ibrahim*  Plaintiff

against

*Egypt Air Corporation - New York Office*  Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY  SS.:

_____ Jessica Miller _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ November 5, 2007 _____, at __ 2:00 pm __, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Civil Cover Sheet, Summons and Complaint

on

_____ Egypt Air Corporation - New York Office _____, the Defendant in this action, by delivering to and leaving with _____ Donna Christie _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __ 2 __ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __ 40 __ dollars; That said service was made pursuant to Section __ 306 Business Corporation Law __.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __ 38 __  Approx. Wt: __ 145 __  Approx. Ht: __ 5'5" __  
Color of skin: __ White __  Hair color: __ Blonde __  Sex: __ F __  Other: _____

Sworn to before me on this

__ 7th __ day of _____ November, 2007 _____

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0709299

*SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179*