UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAMIA IBRAHIM as Attorney-in-Fact for
MIRIAM IBRAHIM and KIROLLOS IBRAHIM,

                          Plaintiffs,                      07 Civ. 9567 (SHS)

      -against-                              **RULE 7.1 STATEMENT**

EGYPT AIR CORPORATION – NEW YORK
OFFICE,

                         Defendant.
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for EGYPTAIR (incorrectly sued herein as "EGYPT AIR CORPORATION – NEW YORK OFFICE") certifies that there are no corporate parents or any publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
        November 27, 2007

                                                Yours, etc.,

                                                CLYDE & CO US LLP

                                By:   _____
                                                Christopher Carlsen (CC9628)
                                                The Chrysler Building
                                                405 Lexington Avenue
                                                New York, New York 10174
                                                (212) 710-3900

                                                Attorneys for Defendant
                                                EGYPTAIR

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

Mariana Nannarone, being duly sworn, deposes and says that deponent is not a party of this action, is over 18 years of age and resides in Brooklyn, New York. On November 27, 2007 deponent served the within **RULE 7.1 STATEMENT** upon:

Charles C. Destefano
Attorney for Plaintiffs
1082 Victory Boulevard
Staten Island, New York 10301
(718) 390-0580

The address(es) designated by said attorney(s) for that purpose by depositing a true copy thereof enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Mariana Nannarone

Sworn to before me this
27th day of November, 2007

_____
Notary Public

PATRICIA A. DONNELLY
Notary Public, State of New York
No. 01DO5087441
Qualified in New York County
Commission Expires Nov. 30, 2009