USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

SAMIA IBRAHIM, *ET AL.*,                    :       07 Civ. 9567 (SHS)

              Plaintiffs,                :

    -against-                                 :       ORDER

EGYPT AIR CORPORATION,                     :

              Defendant.                 :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    There will be a status conference on March 14, 2008, at 10:00 a.m.; and

    2.    The last day for completion of discovery is June 13, 2008.

Dated: New York, New York
       December 14, 2007

                                            SO ORDERED:

                                            Sidney H. Stein, U.S.D.J.