```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

SAMIA IBRAHIM, *ET AL.*,                :        07 Civ. 9567 (SHS)

               Plaintiffs,         :

   -against-                              :        <u>ORDER</u>

EGYPT AIR CORPORATION,             :

              Defendant.         :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been scheduled for today, with only counsel for plaintiff present,

    IT IS HEREBY ORDERED that:

    1.    There will be a pretrial conference on May 9, 2008, at 10:30 a.m.; and

    2.    The last day for completion of discovery remains at June 13, 2008.

Dated: New York, New York
       March 14, 2008

                                     SO ORDERED:

                                               Sidney H. Stein, U.S.D.J.