```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SAMIA IBRAHIM, *ET AL.*,                :        07 Civ. 9567 (SHS)

                 Plaintiffs,            :

   -against-                            :        <u>ORDER</u>

EGYPT AIR CORPORATION,            :

                 Defendant.            :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.    The last day for completion of discovery is extended to August 29, 2008;

      2.    The next conference is scheduled for September 12, 2008, at 11:00 a.m.; and

      3.    If there are discovery disputes, the parties shall notify the Court, in writing, far enough in advance so that the dispute can be adjudicated and the discovery taken before the close of discovery.

Dated: New York, New York
       May 14, 2008

                                                 SO ORDERED:

                                                 Sidney H. Stein, U.S.D.J.