05/30/2008 16:06 FAX 2127103951 Case 1:07-cv-09567-SHS-AJP Document 11 Filed 06/02/2008 Page 1 of 2 001/001

CLYDE&CO

US LLP

The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: 212 710 3900
Facsimile: 212 710 3950
www.clydeco.us
Christopher.Carlsen@clydeco.us

RECEIVED
JUN 02 2008
CHAMBERS OF
ANDREW J. PECK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/2/08

**BY FAX**

May 30, 2008

Via Facsimile: (212) 805-7933

Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1370
New York, New York 10007-1312

**MEMO ENDORSED** 6/2/08

Request granted. Insurer rep is to call 212-805-0036. However, Insurer rep will bear the telephone & it will be difficult for EgyptAir to talk to them privately.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Copy to: All Counsel, Judge Stein

**Re: Samia Ibrahim, et al v EgyptAir**
**S.D.N.Y. Case No. 07-9567(SHS)(AJP)**
**Clyde & Co Ref: CC/0709568**

Dear Magistrate Judge Peck:

We represent defendant EgyptAir in this litigation. Pursuant to your Order dated May 15, 2008, a settlement conference has been scheduled in this matter for June 23, 2008, at 2 p.m. I am writing to request that the insurance representative of EgyptAir be permitted to attend the conference by telephone instead of attending in person. EgyptAir's insurer, La Reunion Aerienne, is located in Paris, France. The claims manager who handles this file also is located in Paris. I have discussed this request with counsel for plaintiff, and he has no objection.

Accordingly, I respectfully request that EgyptAir's insurance representative be permitted to attend the conference by telephone.

Respectfully,

Christopher Carlsen
CC/mv

cc: Charles Destefano, Esq. Via Fax: (718) 442-3563
Law Offices of Charles C. Destefano
1082 Victory Boulevard
Staten Island, New York 10301

Clyde & Co US LLP is a Delaware limited liability partnership with offices in New York and San Francisco.
Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales that practices from branch and affiliate* offices in:
Abu Dhabi, Belgrade*, Caracas, Doha, Dubai, Guildford, Hong Kong, London, Moscow, Nantes, Paris, Piraeus, Rio de Janeiro, Shanghai, Singapore and St. Petersburg*

# FAX TRANSMITTAL SHEET

**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
**Southern District of New York**
**United States Courthouse**
**500 Pearl Street, Room 1370**
**New York, N.Y. 10007-1312**

**Fax No.:** (212) 805-7933
**Telephone No.:** (212) 805-0036

**Dated:** June 2, 2008 **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Christopher Carlsen, Esq. | 212-710-3950 |
| Charles C. DeStefano, Esq. | 718-442-3563 |
| | |

## TRANSCRIPTION:

**MEMO ENDORSED 6/2/08**

**Request granted. Insurance reps to call 212-805-0036. However, because they will be on the telephone, it will be difficult for EgyptAir to talk to them provately.**

**Copy to: Judge Sidney H. Stein**