UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 6/23/08

SAMIA IBRAHIM as Attorney-in-Fact for Mariam Ibrahim, MARIAM IBRAHIM & KIROLLOS IBRAHIM,   :

Plaintiffs,   :

-against-   :

EGYPT AIR CORPORATION, New York Office,   :

Defendant.   :

------------------------------------x

07 Civ. 9567 (SHS) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement reached by all parties and transcribed by the court reporter on June 23, 2008, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot.

SO ORDERED.

DATED:   New York, New York
June 23, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Charles C. DeStefano, Esq.
Christopher Carlsen, Esq.
Judge Sidney H. Stein

C:\ORD\DISMISS